DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>PETER KRILL | Criminal No. 24-330<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                              .

                                          PHILIP R. SELLINGER
                                          United States Attorney

          By:      /s/ Joseph McFarlane
                       Assistant U.S. Attorney

                       Date: November 8, 2024